# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0260

VERSUS

KENDRICK VOLTER

**JUNE 3, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-04265.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court applied the incorrect law in granting the motions to correct illegal sentence and to withdraw guilty plea. Accordingly, those rulings are vacated and this matter is remanded for further proceedings consistent with **State v. Cooper**, 2020-00105 (La. 3/2/21), 311 So.3d 341 (per curiam) and **State v. Brown**, 2019-00771 (La. 10/14/20), 302 So.3d 1109, 1110 (per curiam).

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT